IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BOARD OF TRUSTEES, SHEET METAL )
WORKERS' NATIONAL PENSION )
FUND, ET AL., )
)
)
Plaintiffs, )
)
v. ) Civil Action No. 1:17cv795
)
ALBUQUERQUE FIRE/LIFE SAFETY )
CONSULTANTS, LLC., )
Defendant. )
)

**ORDER**

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated October 20, 2017. Defendant has not filed any objections to the Report and Recommendation. Based on a de novo review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED that a default judgment be entered against Defendant and in favor of Plaintiffs in the total amount of $65,512.59 plus interest on late paid and delinquent contributions continuing to accrue at a rate of 0.0233 percent per day, compounded daily (8.50 percent per annum) until full payment is made.

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December ___, 2017